**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**
**CASE NUMBER: 10-81341**
**CHAPTER 13**

IN RE:

TASHIKA LACONYA WELLMAN
**NOTICE OF APPEARANCE PURSUANT**
**TO BANKRUPTCY RULE 9010 (b) and**
**REQUEST FOR NOTICES UNDER**
**BANKRUPTCY RULE 2002**

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Kimberly A. Sheek
Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

as counsel for Ocwen Loan Servicing, LLC Servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF NovaStar Mortgage Funding Trust, Series 2007-2 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2007-2 ("Ocwen Loan Servicing, LLC"), a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
NC Bar # 34199

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
Durham, NC 27702

John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

This the 5th day of August, 2010

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
NC Bar # 34199

10-003069